**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Roberto GUILLEN, Defendant–Appellant.**

**No. 09–16328**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 19, 2010.

John Andrew Horn, Sandra E. Strippoli, U.S. Attorney's Office, David E. Suchar, Atlanta, GA, for Plaintiff–Appellee.

Robert H. Citronberg, Atlanta, GA, for Defendant–Appellant.

Before MARCUS, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

Robert H. Citronberg, appointed counsel for Guillen in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Guillen's conviction and sentence are **AFFIRMED.**